## Danielle Duprey

**From:** CMECF@ctd.uscourts.gov
**Sent:** Wednesday, May 1, 2019 5:24 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:14-cv-01816-SRU Schmidt et al v. Conagra Foods, Inc. Set Deadlines/Hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 5/1/2019 at 5:24 PM EDT and filed on 5/1/2019
**Case Name:** Schmidt et al v. Conagra Foods, Inc.
**Case Number:** 3:14-cv-01816-SRU
**Filer:**
**Document Number:** No document attached

**Docket Text:**
## Set Deadlines/Hearings: Discovery due by 6/28/2019. Dispositive Motions due by 7/31/2019. (Smith, E)

**3:14-cv-01816-SRU Notice has been electronically mailed to:**

Stuart G. Blackburn     sgblackburn@sbcglobal.net, lpdatwork@gmail.com

Ann H. Rubin     arubin@carmodylaw.com, cervin@carmodylaw.com

Kathleen L. Nastri     knastri@koskoff.com, bfbarbiero@koskoff.com, lgrossberg@koskoff.com, mwey@koskoff.com

Kristin Connors     kconnors@carmodylaw.com, roberg@carmodylaw.com

Mark E. Opalisky     mopalisky@cozen.com, bwalters@cozen.com, hsiarczynski@cozen.com

J. Craig Smith     csmith@koskoff.com, dduprey@koskoff.com, mvoytek@koskoff.com

Mark D. O'Hara     markohara@sbcglobal.net, lpdatwork@gmail.com

Todd Raymond Michaelis    tmichaelis@carmodylaw.com, slachance@carmodylaw.com

Derek E. Donnelly    derek@donnellylawoffice.com, dd@sgblackburn.com, laura@blackburnohara.com

Emily Rock    erock@koskoff.com, mwey@koskoff.com

Emily A. Ambrose    eambrose@blackwellburke.com

Mary S. Young    myoung@blackwellburke.com

**3:14-cv-01816-SRU Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Wednesday, May 1, 2019 5:19 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:14-cv-01816-SRU Schmidt et al v. Conagra Foods, Inc. Order on Motion for Extension of Time |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 5/1/2019 at 5:18 PM EDT and filed on 5/1/2019

| | |
|---|---|
| **Case Name:** | Schmidt et al v. Conagra Foods, Inc. |
| **Case Number:** | 3:14-cv-01816-SRU |
| **Filer:** | |
| **Document Number:** | 126(No document attached) |

**Docket Text:**
**ORDER granting [125] Joint MOTION for Extension of Time until of Scheduling Order Deadlines. Signed by Judge Stefan R Underhill on 5/1/2019. (Smith, E)**

**3:14-cv-01816-SRU Notice has been electronically mailed to:**

Stuart G. Blackburn    sgblackburn@sbcglobal.net, lpdatwork@gmail.com

Ann H. Rubin    arubin@carmodylaw.com, cervin@carmodylaw.com

Kathleen L. Nastri    knastri@koskoff.com, bfbarbiero@koskoff.com, lgrossberg@koskoff.com, mwey@koskoff.com

Kristin Connors    kconnors@carmodylaw.com, roberg@carmodylaw.com

Mark E. Opalisky    mopalisky@cozen.com, bwalters@cozen.com, hsiarczynski@cozen.com

J. Craig Smith    csmith@koskoff.com, dduprey@koskoff.com, mvoytek@koskoff.com

Mark D. O'Hara    markohara@sbcglobal.net, lpdatwork@gmail.com

Todd Raymond Michaelis    tmichaelis@carmodylaw.com, slachance@carmodylaw.com

Derek E. Donnelly    derek@donnellylawoffice.com, dd@sgblackburn.com, laura@blackburnohara.com

Emily Rock    erock@koskoff.com, mwey@koskoff.com

Emily A. Ambrose    eambrose@blackwellburke.com

Mary S. Young    myoung@blackwellburke.com

**3:14-cv-01816-SRU Notice has been delivered by other means to:**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EMMA SCHMIDT and HALLIE MEYER, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| CONAGRA FOODS, INC., | ) |
| | ) |
| Defendant, | ) |

Case No.: 3:14-CV-01816 (SRU)

April 25, 2019

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 7(b), plaintiffs Emma Schmidt, Hallie Meyer, and Associated Indemnity, and defendant ConAgra Foods, Inc. jointly move to modify the existing scheduling order issued on December 20, 2018 (Text Entry).

In the prior joint motion to modify the scheduling order submitted on December 18, 2018, the Parties recognized that defense expert depositions should be delayed pending the resolution of Defendant's motion to compel inspection and allow destructive testing. (Dkt. 115.) Since that time, the following developments have occurred:

1. On January 18 and February 12, 2019, Associated Indemnity produced 68 pages of new documents relating to the incident, some of which included redactions. On March 5, 2019, Associated Indemnity served responses to discovery, disclosing new witnesses and indicating that new documents relating to the incident would be forthcoming. The Parties are working to schedule additional depositions and resolve outstanding discovery issues. To date, Associated Indemnity has not completed its document production.

2. On March 4, 2019, the Court granted Conagra's motion to compel destructive testing. The Court required that the parties agree on an independent lab to conduct the testing.

{W3109303}

3. On March 7 and March 8, 2019, Conagra took depositions of three newly-disclosed Associated Indemnity witnesses. Conagra anticipates needing to depose up to three more witnesses disclosed by Associated Indemnity.

4. On April 17, 2019, the Parties agreed on a laboratory for destructive testing and date (May 10, 2019) for destructive testing of the subject container. The Parties have exchanged proposals for the destructive testing, and are hoping to reach agreement on most, if not all, of the details.

Based on the foregoing, the Parties respectfully request that the Court modify the Scheduling Order in the above-captioned matter as follows:

| Item | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Destructive testing of "subject" container. | | 5/10/19 |
| Deadline for Defendant's experts to submit supplemental reports based on additional testing (assuming lab can certify results by 5/17/19). | | 5/31/19 |
| Deadline to depose Defendant's Experts | 2/22/19 | 6/28/19 |
| Deadline for all outstanding discovery relating to claims of Associated Indemnity, including depositions. | | 6/28/19 |
| Dispositive Motions to be Filed. | 3/29/19 | 7/31/19 |

The parties anticipate that the case would be ready for trial in late 2019.

**THE PLAINTIFFS,**

**EMMA SCHMIDT**
**HALLIE MEYER**


By          /s/ ct26662
J. Craig Smith
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel.:  (203) 336-4421
Fax:  (203) 368-3244
csmith@koskoff.com

**THE DEFENDANT,**
**CONAGRA FOODS, INC.**

By          /s/ ct28821
Todd R. Michaelis
Carmody Torrance Sandak &
Hennessey, LLP
50 Leavenworth Street
Waterbury, CT 06721
Tel.:  (203)-573-1200
Fax:  (203)-575-5600
tmichaelis@carmodylaw.com

Mary Young (*pro hac vice*)
Emily Ambrose (*pro hac vice*)
Blackwell Burke P.A.
431 South Seventh St., Suite 2500
Minneapolis, MN 55415
Tel.:  612-343-3263
Fax:  612-343-3205
myoung@blackwellburke.com
eambrose@blackwellburke.com

THE PLAINTIFF,
ASSOCIATED INDEMNITY
CORPORATION


By        /s/ Mark E. Opalisky
Mark E. Opalisky (*pro hac vice*)
Cozen O'Connor
1650 Market Street, Suite 2800
One Liberty Place
Philadelphia, PA  19103
215-665-2729
Fax:  215-701-2429
mopalisky@cozen.com

## CERTIFICATION

This is to certify that on April 25, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Todd R. Michaelis (ct28821)
Todd R. Michaelis

{W3109303}                                           5